IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES SPRINGER,

    Plaintiff,

  v.                                    Case No.  18-cv-747-jdp

MS. BARKER, JOAN HANNULA,
LORRAINE SMITH, PATRICIA HAZUGA,
JEAN FELBER, SUE SAINDON,
AND S. HOUSER,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 05/12/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |